JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re Arkady Buzin, | Case No. 2:21-cv-02036-FLA |
|---|---|
| Appellant, | 1:20-bk-12030-MT |
| | **ORDER DISMISSING APPEAL** |

On March 24, 2021, the court noted that Appellant Arkady Buzin ("Appellant") had not filed the required statement of issues, designation of record, notice of transcripts, filing fee, or certification of interested parties, and Ordered Appellant to Show Cause ("OSC") by no later than April 7, 2021, why the appeal should not be dismissed for these deficiencies.  Dkt. 10.  The court further advised that failure to respond would result in dismissal of this action.  *Id.*  Appellant did not file a response to the OSC.

The court, therefore, DISMISSES this appeal for failure to prosecute.

IT IS SO ORDERED.

Dated: October 29, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge